UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| KENNETH JARVIS, | ) | |
| | ) | 08- |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | |
| FRIEDMAN & WEXLER, L.L.C., | ) | |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### PRELIMINARY STATEMENT

1. This action seeks redress for the illegal practices of defendant in connection with the collection of debts. This Complaint alleges that defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") entitling plaintiff to relief.

### JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (general federal question jurisdiction) and 15 U.S.C. § 1692k (Fair Debt Collection Practices Act).

### PARTIES

3. Plaintiff, Kenneth Jarvis, is an individual who resides in Douglas County, Illinois.

4. Plaintiff is a "consumer" as defined by Section 803(3) of the Fair Debt Collection Practices Act, 15 U.S.C. s. 1692(a)(3).

5. Defendant, Friedman & Wexler, L.L.C. is a limited liability company organized under the laws of the State of Illinois with a principal place of business located at

500 West Madison Street, Suite 2910, Chicago, IL 60661-2587.

6. Defendant is a "debt collector" as defined in Section 803(6) of the Fair Debt Collection Practices Act, 15 U.S.C. s. 1692a(6).

7. At all times relevant to this matter, Defendant was collecting a consumer debt as defined by Section 803(5) of the Fair Debt Collection Practices Act, 15 U.S.C. s. 1692a(5).

### FDCPA

8. In 2004, Beneficial mailed a pre-approved loan solicitation to the Plaintiff at his residence in Douglas County, Illinois.

9. Plaintiff accepted the offer, endorsed the check, and deposited the check at his bank in Douglas County, Illinois.

10. The proceeds of that loan were used for personal and household purposes.

11. Plaintiff defaulted in his loan obligations.

12. After the default, Beneficial referred the debt to Defendant for collection.

13. On or about June 4, 2007, Defendant filed a lawsuit against Plaintiff in the Circuit Court of Cook County, Illinois. A copy of the Complaint is attached hereto and incorporated herein by reference as Exhibit A.

14. On or about June 4, 2007, Defendant caused a summons to be issued by the Clerk of the Circuit Court of Cook County, Illinois. A copy of the Summons is attached hereto and incorporated herein by reference as Exhibit B.

15. Exhibit B directs for the Plaintiff Kenneth Jarvis to be served at 550 Ash Street, Arcola, Douglas County, Illinois.

16. Plaintiff is not a resident of Cook County, Illinois. The debt was not originated in Cook County, Illinois.

17. On or about July 27, 2007, Defendant filed a motion for default judgment in Cook County, Illinois. A copy of the motion is attached hereto and incorporated herein by reference as Exhibit C.

18. Defendant Friedman & Wexler, L.L.C. violated the FDCPA by causing a debt collection lawsuit to be filed in an improper venue and to continue collection of the debt through that court in violation of 15 U.S.C. §§ 1692d and 1692i.

19. Defendant Friedman & Wexler, L.L.C. violated the FDCPA by causing a debt collection lawsuit to be filed and maintained in an improper venue where the natural consequences of which is to harass, oppress or abuse Kenneth Jarvis in violation of 15 U.S.C. § 1692d.

20. As a result of Defendant's conduct, Plaintiff Kenneth Jarvis suffered actual damages.

WHEREFORE, Plaintiff Kenneth Jarvis requests that the Court enter judgment in his favor and against Defendant Friedman & Wexler, L.L.C. for: (a) actual and statutory damages; (b) attorney's fees and costs; and (c) such other and further relief as the Court deems appropriate.

KENNETH JARVIS, Plaintiff

Dated: January 25, 2008.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiff
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

JS 44 (Rev. 3/99) **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
KENNETH JARVIS

**DEFENDANTS**
FRIEDMAN & WEXLER, L.L.C.,
an Illinois limited liability company,

**(b)** County of Residence of First Listed _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
(217) 345-6222   Fax: (217) 345-6232

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- X 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | 2 | Incorporated and Principal of Business In Another State | ☐ 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | **LABOR** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 710 Fair Labor Standards Act | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | | | | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | X 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collection Practices Act, 15 U.S.C. 1692

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** Unspecified
CHECK YES only if demanded in complaint:
**JURY DEMAND:** x Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 1/29/2008
SIGNATURE OF ATTORNEY OF RECORD [signature]
FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.  (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

OUR FILE NUMBER 80011.190

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

BENEFICIAL ILLINOIS INC, )
)
Plaintiff, )           NO: 07M1155123
)
VS. )
)
) Amount Claimed: $6,990.63 Plus Costs
KENNETH O JARVIS, ) Return Date: 07/18/07
)
)
Defendant(s) )

## VERIFIED COMPLAINT

The Plaintiff claims as follows:

1. That the Plaintiff is a Corporation licensed to transact business in the State of Illinois.

2. That the Plaintiff entered in to a Retail Installment contract with the Defendant(s) under account number 411170723539203   a true and correct copy of said agreement is attached hereto and made a part hereof as Exhibit "A".

3. That the Defendant(s) are indebted to the Plaintiff in the principal sum of $6,640.63.

4. That Plaintiff has requested, and Defendant(s) having failed and refused to pay said principal amount and interest accrued thereon is indebted to Plaintiff in the sum of $6,640.63.

5. That Plaintiff is entitled to recover under the installment agreement, as and for interest due at the rate of 29.899%, from the date of default to the date of judgment.

6. That pursuant to the agreement Plaintiff hereby claims reasonable attorney's fees in the amount of $350.00. The total sum due and owing to Plaintiff from Defendant(s) is $6,990.63.

7. That the total sum due and owing to Plaintiff from Defendant(s) is $6,990.63 plus cost of suit

WHEREFORE, Plaintiff prays for judgment against the Defendant(s), KENNETH O JARVIS & , in the sum of $6,990.63 plus cost of suit, plus any additional relief that this Court finds just.

Under penalties as provided by law pursuant to Section 1-109 of the code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

EXHIBIT A

MITCHELL WEXLER Esq
FRIEDMAN AND WEXLER, LLC.
500 W. MADISON STREET SUITE 2910
CHICAGO, IL 60661-2587
(312) 474-1000
Attorney # 91761

**THIS COMMUNICATION IS FROM "A DEBT COLLECTOR" (15USC 1692a)**

80011.190

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BENEFICIAL ILLINOIS INC.
        Plaintiff        }
                                       } No.
        vs.                    }
                                       }
KENNETH O JARVIS              }
                                       }
        Defendant (s)       }

## AFFIDAVIT

I, LATONYA GUNN duly sworn upon oath depose and say:

1. That if called to testify to the below facts and the documents attached hereto, I could competently testify to the monies due BENEFICIAL ILLINOIS INC. from KENNETH O JARVIS on account number XXXXXXXXXX9203;

2. That I am employed as a Collections Specialist;

3. That I have custody and control of the files relating to the subject account;

4. That said files are maintained in the usual and ordinary course of business;

5. That I have reviewed the file relative to the monies due Plaintiff from Defendant;

6. That after allowing for all payments and adjustments, there remains an open balance on the account in the sum of $ 6040.03 , which does not includes attorneys fees in the amount of $350.00, plus interest and costs were applicable.

FURTHER AFFIANT SAYETH NOT.

                                                             _Latonya Gunn_
                                                             LATONYA GUNN

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 16 DAY OF May , 2007

_Gayle A Edwards_
NOTARY PUBLIC

My Commission Expires:
March 31, 2010

THE BACKGROUND AREA OF THIS DOCUMENT IS MULTICOLORED

**Beneficial®**
LOANS YOU CAN AFFORD.
SERVICE YOU CAN RELY ON®

Account Opener 542316

HSBC Bank USA
Processed at 1301 East Tower Road
Schaumburg, IL 60173
Check Cashing Not Available at HSBC
Check May Only Be Deposited

70-700
2719

July 24, 2004

Pay to the order of: Kenneth O. Jarvis

AMOUNT: **$4,000.00**

FOUR THOUSAND AND 00/100 DOLLARS

Not valid after: September 13, 2004
4117707-542316-419

Kenneth O. Jarvis
550 Ash St.
Arcola, IL 61910-2027

0715  8401  15747   92   0191

Payee's Endorsement and Two Forms of ID Required.
By endorsing the back of this check you accept our offer and agree to the terms of your loan agreement contained in Form #29899IL(07/04)419. If this offer is not accepted, please destroy this check.

**Signing this check will result in a loan that must be repaid with interest and fees.**

*Jerry Hood*
AUTHORIZED SIGNATURE

⑈069004436⑈ ⑆271970061⑆ 4670754231619⑈

(817) 268-3460
(Required) Home Phone Number
☐ DO NOT SHARE Non-Household Companies (see enclosed insert)

*Kenneth Chen Jr* [signature]

(Required) Signature of within-named payee only

Payable only to person whose name and address appears on Loan Check. Loan Check not transferable.

**Signing this check will result in a loan that must be repaid with interest and fees.**

0614476...15747
0805200...04014 080504
0710-0082-1 019414
ENT=1471 TRC=1463 PK=04

(Required) Signature of within-named payee only
The front of this document has a colored Security Screen.
Absence of this feature may indicate alteration.

```
Account Opener  568891
41171707040000PROS6040100004000F29.8994195595688911
```

**Beneficial**
LOANS YOU CAN AFFORD.
SERVICE YOU CAN RELY ON.

HSBC Bank USA
Processed at 1301 East Tower Road
Schaumburg, IL 60173
Check Cashing Not Available at HSBC
Check May Only Be Deposited

70-7001
2719

July 24, 2004

Pay to the order of   Sample A. Sample                                AMOUNT:   **$4,000.00**
FOUR THOUSAND AND 00/100                                              DOLLARS

Not valid after:  September 13, 2004
411717-568891-419

Payee's Endorsement and Two Forms of ID Required.
By endorsing the back of this check you accept our offer and
agree to the terms of your loan agreement contained in Form
#29899IL(07/04)419. If this offer is not accepted, please
destroy this check.
**Signing this check will result in a loan that
must be repaid with interest and fees.**

Sample A. Sample
Jul-04 Acquisitions, 419ilben108
Beecher, IL 60401-9776



*R. M....oh...*
AUTHORIZED SIGNATURE

```
⑊"0190044336"⑊  ⑊:271970011⑊:   411717568891119⑊"
```

Sign the back of this check, and cash or deposit it before the expiration date.

**Beneficial**
LOANS YOU CAN AFFORD.
SERVICE YOU CAN RELY ON.

Two Rivers Place Ste 1
170 & Torrence Avenue
Lansing, IL 60438

| Customer ID No.: | 419 5595688911 |
|---|---|
| Check Amount: | $4,000.00 |
| Credit Line Amount: | $5,000.00 |

# This is a real check for $4,000.00
## It's valid until September 13, 2004

Dear Sample A. Sample,

You can take this check to your bank! Once you cash it, you open a loan from Beneficial. Then use the money to make your life even more rewarding.

### Use the money for anything

You may want to make a large purchase. Or use it when you need ready cash for unexpected expenses. No matter what, it's available now. And, if you have any questions, you can call us at 1-866-396-INFO (4636).

### You'll get a checkbook

Your new loan is a revolving line of credit. So as you pay it off, you can use the money over and over. And you can tap into your available credit at any time. Simply write a check. (Of course, you will only be charged interest on the amount you use.)

### There's no need to wait

Your check is good for extra cash today. And if you need to apply for more money, just visit our branch at the address above or give us a call at (708) 895-8252 .

Sincerely,

*Leonardra Lakes*

Leonardra Lakes
Branch Manager, Beneficial

P.S.  To accept this loan offer, please be sure to sign and deposit your check before September 13, 2004. If you do not accept this loan offer, please remember to destroy the attached check.

Your first payment will be $133.00, and is based on the initial check amount shown above. Your monthly payment is based on a percentage of your account balance and your monthly periodic rate of 2.492% (the ANNUAL PERCENTAGE RATE is 29.899%). The Account Agreement found on the back contains a full explanation of the terms and conditions of your Personal Credit Line Account, including finance charges, fees and other charges which may apply.

SPECIAL NOTICE - Please see the enclosed documents entitled "Important Notice Required Under The Fair Credit Reporting Act" and "Privacy Statement" for important information on your rights.

411717
R022 108
ZV-204-20-0012077-108

An Equal Opportunity Lender

29899IL(07/04)419

419

(Required) Home Phone Number
☐ DO NOT SHARE
Non-Household
Companies
(see enclosed insert)

(Required) Signature of within-named payee only. Payable only to person whose name and address appears on Loan Check. Loan Check not transferable.

Signing this check will result in a loan that must be repaid with interest and fees.

By endorsing this check you agree to the terms and conditions of the attached Personal Credit Line Account Agreement.

The front of this document has a colored Security Screen. Absence of this feature may indicate alteration.

## Personal Credit Line Account Agreement-Fixed Rate

In this Agreement "you" and "your" mean the borrower and co-borrower (if any) who sign this Account Opener Check. "We," "us," and "our" refer to Beneficial Illinois Inc.. If you accept our Personal Credit Line Account offer, this Agreement will govern the terms and conditions of the Account. We want you to understand how a Personal Credit Line Account works. Read this carefully and sign our Account Opener Check in order to indicate your acceptance of the Account. If more than one person signs, each will be responsible for repaying all sums advanced under this Agreement. The date of this Agreement shall be the date the Account Opener Check is signed.

AVAILABLE CREDIT. Your Personal Credit Line Account is a revolving line of credit through which you may obtain funds up to a credit limit we assign you. Your initial credit limit is stated on the front, which is incorporated herein by reference. You may obtain funds directly from us or through your special checks up to your available credit. Each check must be written for at least $100.00. Your available credit is your credit limit less the total unpaid balance, including Finance Charges of your Account. If you make loan payments by check, we will adjust your available credit seven days after we receive your check to allow for check clearing. If you request funds in an amount that would cause you to exceed your available credit, we are not obligated to honor your request. If we do lend you an amount over your available credit, you agree to pay us that excess amount, plus Finance Charges, immediately.

PROMISE TO PAY. You promise to pay us (a) amounts borrowed under this Agreement; (b) Finance Charges, Administrative Charges (the late charges, bad check charges and overlimit fees), and other charges provided in this Agreement; (c) credit insurance charges, if any; (d) collection costs permitted by applicable law, including reasonable attorneys' fees (if the attorney is not our salaried employee) and court costs; and (e) amounts in excess of your credit limit that we may lend you, plus Finance Charges.

PAYMENT. You may repay your entire outstanding balance at any time without penalty. You may not use your special checks to pay any amounts due under this Agreement. Because the Finance Charge is computed each day, you will contact us regarding the exact payoff amount for the day you intend to make full payment.

If you do not pay the entire unpaid balance on your Account at once, you agree to pay at least the minimum payment shown on your monthly statement at the address indicated on the monthly statement. Payments will be applied as follows: First, to any accrued but unpaid Finance Charges; Second, to any unpaid Administrative Charges; Third, to any unpaid credit insurance charges; Fourth, to the unpaid outstanding balance of your Account (including all other fees or charges you are obligated to pay). Any part of your monthly payment to be applied to amounts borrowed on your account will be applied to the amounts borrowed under your revolving loan account in the order in which the amounts were borrowed. Any part of your monthly payment to be applied to Finance Charges will be applied in the same manner.

MINIMUM MONTHLY PAYMENT. Your minimum monthly payment will be the greater of $25.00 or the amount determined by the monthly payment factor (as described below) plus any administrative or credit insurance charges rounded to the nearest $1.00. Once the amount of your minimum monthly payment is determined, this amount will remain fixed for subsequent billing periods until a new advance is posted to your account. When this occurs, your minimum monthly payment will be recalculated in the same manner as set forth herein.

Your minimum monthly payment depends on the monthly periodic rate applicable to your account, and is determined by multiplying your account balance times the applicable monthly payment factor percentage listed below:

| Monthly Periodic Rate | Monthly Payment Factor |
| --- | --- |
| through 1.500% | 2.550% of account balance |
| over 1.500% through 1.674% | 2.600% of account balance |
| over 1.674% through 1.881% | 2.724% of account balance |
| over 1.881% through 2.072% | 2.860% of account balance |
| over 2.072% through 2.262% | 2.994% of account balance |
| over 2.262% through 2.452% | 3.131% of account balance |
| over 2.452% through 2.642% | 3.271% of account balance |
| over 2.642% | 3.413% of account balance |

FINANCE CHARGES. The Finance Charge is the interest charged on the balance of your Account during each billing cycle. The Finance Charge is calculated from the date that each advance, check or charge is posted to your Account. Any initial advance check will be posted to your Account on the date issued. The Finance Charge is computed by multiplying the average daily balance in your Account in each billing cycle times the monthly periodic rate. The average daily balance is determined by totaling all daily unpaid balances in each billing cycle and dividing the total by the number of days in that cycle. A daily unpaid balance is the amount owed each day, including any unpaid Finance Charges, Administrative Charges and credit insurance charges for prior billing cycles.

To determine any billing period's Finance Charges, multiply the Average Daily Balance by a monthly periodic rate 2.492% (29.899% ANNUAL PERCENTAGE RATE).

ANNUAL FEE. You agree to pay an annual fee of $50.00 for participation in this revolving credit plan. The Annual Fee is due and payable on the date that your Personal Credit Line Account is established and on the same day of each subsequent year. You agree that this fee may be charged to your Account Balance.

LATE CHARGE. If you do not pay any required Minimum Monthly Payment within 10 days after it is due, you will pay a late charge of 5% of the Minimum Monthly Payment (excluding any unpaid late charges and amounts due from prior billing cycles).

BAD CHECK CHARGE. If you pay by a check which is returned for any reason, you will pay a bad check charge of $25.

OVERLIMIT FEE. For each billing cycle that your Account balance exceeds your stated credit limit (less Finance Charges and fees imposed by us on your current billing statement), you may be charged a $25.00 overlimit fee.

TERMINATION AND CHANGES IN THE AGREEMENT. We can terminate your right to obtain additional advances or change the terms of this Agreement at any time, including increasing the Minimum Monthly Payment, the Monthly Periodic Rate, the Annual Fee, or adding or increasing fees if permitted by applicable law. Prior written notice will be provided to you when required by applicable law unless you consent to the change before that time. Changes may apply to both new and outstanding Balances unless prohibited by law. Balances outstanding under this agreement when the credit limit is reduced or terminated will continue to accrue interest at the contract rate until paid in full.

DEFAULT AND CANCELLATION OF AGREEMENT. We have the right to require you to pay your entire balance plus all other accrued but unpaid charges immediately and to cancel your credit privileges under this Agreement because of: (a) failure to make any payment in full when it is due under this Agreement; (b) frequent overdrawing of your line of credit; (c) failure to supply us with any information requested; (d) supplying us with misleading, false, incomplete or incorrect information; (e) breaking any of the promises, terms or conditions that are contained in this Agreement; (f) the filing of a bankruptcy petition by or against you or; (g) the death of any borrower signing the Account Opener Check. After default, you will pay our court costs, reasonable attorney's fees (if attorney is not our salaried employee), and other collection costs related to the default, if not prohibited by applicable law.

BALANCES UNDER EXISTING CLOSED-END ACCOUNT. You agree to pay off the balance of your existing closed-end loan account with us with your Personal Credit Line Account.

ALTERNATIVE DISPUTE RESOLUTION. Terms of the Arbitration Provision is provided with this Promissory Note and Disclosure and is incorporated herein by reference.

CREDIT REPORTING AND CUSTOMER INFORMATION PRACTICES. If you fail to fulfill the terms of your credit obligation, a negative report reflecting on your credit record may be submitted to a Credit Reporting Agency. You agree that the Department of Motor Vehicles (or your state's equivalent of such department) may release your residence address to us, should it become necessary to locate you. You agree that our supervisory personnel may listen to telephone calls between you and our representatives in order to evaluate the quality of our service to you. For more information regarding our privacy practices, please refer to the enclosed Privacy Statement.

NOTICE. You acknowledge receiving a copy of this Agreement. Please see the enclosed for important information regarding your right to dispute billing errors. This Agreement is governed by the Illinois Financial Services Development Act and applicable Federal law.

568891-IL-541-031904
29899IL(07/04)419
ILC48CRLB
IL0463.02

2120 - Served  2220 - Not Served  2620 - Sec. Of State  
2121 - Alias Served  2221 - Alias Not Served  2621 - Alias Sec. Of State  
(This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-2 thru 6)

OUR FILE NUMBER: 80011.190

(Rev. 11/10/99) CCM 0649 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

**Name All Parties**

BENEFICIAL ILLINOIS INC

Plaintiff(s)

v.

KENNETH O JARVIS

Defendant(s)

No. **07 M1 155123**

Amount Claimed $ 6990.63 plus costs

Return Date July 18, 2007

Time 9:30

**SUMMONS**

Serve Defendant at:   or  
550 ASH ST  
ARCOLA  
IL 61910-2027

**To each Defendant:**

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in Room 602, Richard J. Daley Center, Chicago, Illinois, before 9:00 A.M. on July 18, 2007.

2. File your answer to the complaint before 9:00 A.M. as required by the applicable subsection of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less then 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day of appearance

**Appearance Fee:**

If claim is:  
$1500 or less  $110.00  Over $1500  $120.00  
                        Over $15,000  $140.00

Atty. No.: 91761  
Name: FRIEDMAN AND WEXLER, LLC.  
Atty. for: PLAINTIFF  
Address: 500 W. MADISON STREET, SUITE 2910  
City/State/Zip: CHICAGO, IL 60661-2587  
Telephone: (312) 474-1000  
** Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____, _____

DOROTHY BROWN  JUN 0 4 2007

Dorothy Brown, Circuit Court Clerk

Date of Service: _____, _____  
(To be inserted by officer on copy left with defendant or other person)

**EXHIBIT B**

SEE REVERSE SIDE

(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

80011.190

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT - FIRST DISTRICT

| | |
|---|---|
| BENEFICIAL ILLINOIS INC, <br> Plaintiff, <br> vs. <br> KENNETH O. JARVIS <br> Defendant(s) | ) <br> ) <br> ) No. 07 M1-155123 <br> ) <br> ) |

### NOTICE OF MOTION

TO:  Kenneth O. Jarvis
     550 Ash St
     Arcola, IL 61910

On _August 15_, 2007 at 2:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Presiding Judge or any judge sitting in his stead, in Room _1104_ of the Richard J. Daley Center, 50 W. Washington, Chicago, Illinois, and then and there present Plaintiff's Motion, a copy of which is attached hereto.

NAME:        FRIEDMAN & WEXLER, LLC
             ATTORNEYS FOR PLAINTIFF
ADDRESS:     500 W. MADISON STE 2910
             CHICAGO, ILLINOIS 60661
TELEPHONE #: (312) 474-1000
ATTORNEY #:  91761

### PROOF OF SERVICE BY MAIL

I, Jeremy Weddle, an attorney, certify that I served this notice by mailing a copy to the above name(s) at the above address(es) and depositing the same in the U.S. mail at 500 W. Madison Ste 2910, Chicago, Illinois, 60661, at 5:00 p.m. on or before _07-27_, 2007, with proper postage prepaid.

_____
Jeremy Weddle

THIS COMMUNICATION IS FROM A "DEBT COLLECTOR". (15USC 1692a)

EXHIBIT C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT - FIRST DISTRICT

| | |
|---|---|
| BENEFICIAL ILLINOIS INC, <br> Plaintiff, <br> vs. <br> KENNETH O. JARVIS <br> Defendant(s) | ) <br> ) <br> )   No.   07 M1-155123 <br> ) <br> ) |

## MOTION FOR DEFAULT JUDGMENT

NOW COMES the Plaintiff, BENEFICIAL ILLINOIS INC, by and through it's attorneys, FRIEDMAN & WEXLER, LLC, and hereby moves this Honorable Court to enter judgment by default against the Defendant(s), pursuant to 735 ILCS 5/2-1301(d), and support thereof states as follows:

1. That Defendant was served with summons in the entitled cause of action.

2. That the Defendant(s) has failed to file an appearance, answer or otherwise plead to the complaint of the Plaintiff herein.

3. That Plaintiff if entitled to a judgment against the Defendant on it's complaint in the sum of $7,048.38, plus court costs.

WHEREFORE, pursuant to the foregoing, the plaintiff respectfully moves this Honorable Court to enter judgment by default, against the Defendant(s) KENNETH O. JARVIS in the amount of $7,048.38 plus costs.

Respectfully submitted,
FRIEDMAN & WEXLER, LLC

BY: _____
Jeremy Weddle

FRIEDMAN & WEXLER, LLC
Attorneys for Plaintiff
500 West Madison St., Ste. 2910
Chicago, IL 60661
(312) 474-1000
Attorney No. 91761

| 2120 - Served | 2220 - Not Served | 2620 - Sec. Of State | OUR FILE NUMBER: 80011.190 |
| 2121 - Alias Served | 2221 - Alias Not Served | 2621 - Alias Sec. Of State | |

(This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-2 thru 6)    (Rev. 11/10/99) CCM 0649 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

**Name All Parties**

BENEFICIAL ILLINOIS INC

_____ **Plaintiff(s)**

v.

KENNETH O JARVIS

_____ **Defendant(s)**

No. 07M1155123

Amount Claimed $ 6990.63  plus costs

Return Date  July 18, 2007

Time  9:30

Serve Defendant at:        or
550 ASH ST
ARCOLA
IL 61910-2027

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in Room 602, Richard J. Daley Center, Chicago, Illinois, before 9:00 A.M. on  July 18, 2007 .

2. File your answer to the complaint before 9:00 A.M. as required by the applicable subsection of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less then 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day of appearance

Appearance Fee:
If claim is:
$1500 or less  $110.00   Over $1500   $120.00
                          Over $15,000  $140.00

Atty. No.:  91761
Name:  FRIEDMAN AND WEXLER, LLC.
Atty. for:  PLAINTIFF
Address:  500 W. MADISON STREET, SUITE 2910
City/State/Zip:  CHICAGO, IL 60661-2587
Telephone:  (312) 474-1000

** Service by Facsimile Transmission will be accepted at: _____
                                          (Area Code)  (Facsimile Telephone Number)

WITNESS, _____ JUN 0 4 2007 , _____

Dorothy Brown, Circuit Court Clerk

Date of Service _____ , _____
(To be inserted by officer on copy left with defendant or other person)

SEE REVERSE SIDE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

OFFICE OF DOUGLAS COUNTY SHERIFF

SHERIFF'S FEES

Service and Return . . . . . . . . . . . . . . . :$ 35.00

Miles  8  @ $1.00 per mile . . . . . . . $ 8.00

Total . . . . . . . . . . . . . . . . . . . . . .$ 43.00

Sheriff Charles E. McGrew
Douglas County Sheriff's Office
P.O. Box 438
Tuscola, IL 61953

I certify that I served this notice on defendant(s) as follows:

_____ (a) (Personal Service):
By leaving a copy of said notice with each individual defendant personally.

__✓__ (b) (Substitute Service):
By leaving a copy of said notice at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

_____ (c) (Corporation Service):
By leaving a copy of said notice with the registered agent, officer, or agent of each defendant corporation.

_____ (d) (Other Service): _____

---

(PERSONAL SERVICE)

Name of Defendant: _____

Summons given to: _____

Sex ____ Race ____ Approx. Age ____

Place of Service _____

Date of Service: _____

Time of Service: _____

Date of Mailing: _____

(ABODE SERVICE)

Name of Defendant: KENNETH JARVIS

Summon Given to: MARJORIE JARVIS

Sex F Race W Approx. Age 37

Place of Service 505 ASH
    ARCOLA IL

Date of Service: 6-15-07

Time of Service: 1297

Date of Mailing: 6-20-07

Served by: _____ (Deputy)

Sheriff Charles E. McGrew
Douglas County Sheriff's Office

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT - FIRST DISTRICT

BENEFICIAL ILLINOIS INC, )
Plaintiff, )
   vs. ) No.  07 M1-155123
KENNETH O. JARVIS )
Defendant(s) )

## ORDER

This cause coming to be heard upon the motion of the Plaintiff for default judgment due to the Defendant's failure to appear or otherwise plead after being duly served with Summons, the Court being fully advised, and due notice having been given;

IT IS HEREBY ORDERED:

1. The Defendant is defaulted for failing to file an appearance and/or answer or otherwise plead;

2. Judgment is entered against the Defendant(s), KENNETH O. JARVIS, in the amount of $7,048.38, plus costs.

_____, 2007

ENTER:

_____
JUDGE

FRIEDMAN & WEXLER, LLC
Attorneys for Plaintiff
500 West Madison St., Ste. 2910
Chicago, IL 60661
(312) 474-1000
Attorney No. 91761