AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

KENNETH JARVIS,

V.

FRIEDMAN & WEXLER, L.L.C.,
an Illinois limited liability company,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-2031

TO: (Name and address of Defendant)

FRIEDMAN & WEXLER, L.LC.
c/o Mitchell H. Wexler (registered agent)
500 West Madison Street, Suite 2910
Chicago, IL 60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson                         1/29/08
CLERK                                        DATE

s/V. Ball
(By) DEPUTY CLERK