UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| KENNETH JARVIS, | ) | |
| | ) | 08-2031 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | |
| FRIEDMAN & WEXLER, L.L.C., | ) | |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff KENNETH JARVIS, by and through his attorneys, Brankey & Smith, P.C. and hereby gives notice of his intent to voluntarily dismiss the above-captioned matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

KENNETH JARVIS, Plaintiff

Dated: March 10, 2008

s/ Roy Jackson Dent
Roy Jackson Dent
Bar Number 6255835
Attorney for Plaintiff
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232

Email: rdent@brankeysmithpc.com